888

No. 76–6617. GREENE *v.* MASSEY, CORRECTIONAL SUPERINTENDENT. C. A. 5th Cir. [Certiorari granted, 432 U. S. 905.] Motion of Donald C. Peters, Esquire, to permit John T. Chandler, Esquire, to argue *pro hac vice,* on behalf of petitioner granted. Motion of Basil S. Diamond, Esquire, to permit Harry M. Hipler, Esquire, to argue *pro hac vice* on behalf of respondent granted.

No. 77–5278. MALDONADO *v.* ESTELLE, CORRECTIONS DIRECTOR. Motion for leave to file petition for writ of certiorari denied.

No. 76–6924. TALK *v.* UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT;

No. 77–165. McMILLEN *v.* LEFKOWITZ, ATTORNEY GENERAL OF NEW YORK; and

No. 77–5262. HINES *v.* SNEED, U. S. CIRCUIT JUDGE. Motions for leave to file petitions for writs of mandamus denied.

No. 76–1621. McCLELLAN ET AL. *v.* McSURELY ET UX. C. A. D. C. Cir. Certiorari granted.

No. 77–117. NATIONAL BROILER MARKETING ASSN. *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted.

No. 77–154. ELKINS, PRESIDENT, UNIVERSITY OF MARYLAND *v.* MORENO ET AL. C. A. 4th Cir. Certiorari granted.

No. 76–6767. SCOTT ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Motion of petitioners for leave to proceed *in forma pauperis* and certiorari granted limited to Question 1 presented by the petition. Parties also directed to brief and argue question of standing.